**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Cedar Lane Technologies Inc., | |
| Plaintiff, | |
| v. | Civil Action No. 1:22-cv-00011-RGA |
| Excelitas Technologies Corp., | |
| Defendant. | |

**UNOPPOSED MOTION TO EXTEND TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

At the request of Defendant Excelitas Technologies Corp. ("Defendant"), Plaintiff Cedar Lane Technologies Inc. ("Plaintiff") respectfully moves this Court to extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint filed in this matter until March 30, 2022.  This is the second request for such an extension.

No party will be prejudiced by this extension.  Granting this request will not alter the date of any other event or deadline already fixed by Court order.

Dated: February 18, 2022

Respectfully submitted,

/s/ David deBruin (No. 4846)
David deBruin (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

SO ORDERED this _____ day of _____, _____.


_____
UNITED STATES DISTRICT JUDGE