# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Cedar Lane Technologies Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Excelitas Technologies Corp.,**<br><br>Defendant. | Case No. 1:22-cv-00011-RGA<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cedar Lane Technologies Inc. hereby dismisses this action **without prejudice**. Defendant Excelitas Technologies Corp. has not yet answered the Complaint or moved for summary judgment.

Dated: March 29, 2022    Respectfully submitted,

/s/ David deBruin (No. 4846)
David deBruin (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

*Counsel for Plaintiff*
*Cedar Lane Technologies Inc.*

SO ORDERED this  29th   day of  March       , 2022  .


                                    /s/ Richard G. Andrews
                                    UNITED STATES DISTRICT JUDGE